UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/13/21

Jeronimo Tolentino,

       Plaintiff,

–v–

Thai Smile Restaurant Corp., et al.,

       Defendant.

20-cv-8812 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

In light of the extension of the discovery schedule, Dkt. No. 31, the Court hereby ADJOURNS the post-discovery conference scheduled for August 6, 2021 to September 10, 2021 at 3:00 p.m.

SO ORDERED.

Dated: July 13, 2021
New York, New York

_____
ALISON J. NATHAN
United States District Judge