UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Jeronimo Tolentino,

        Plaintiff,

—v—

Thai Smile Restaurant Corp., *et al.*,

        Defendants.

20-cv-8812 (AJN)

ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/17/21

ALISON J. NATHAN, District Judge:

    The Court previously scheduled a post-discovery conference in this matter for September 10, 2021. Dkt. No. 33. The Court subsequently adjourned the conference because defense counsel was unable to mute his cellphone and fully participate in the remote proceeding. Although remote, the proceeding was still a court proceeding. The Court admonishes counsel to ensure that he is able to attend remote proceedings without significant background noise and able to mute his line if required to do so by the Court.

    Accordingly, the parties are ORDERED to appear for a rescheduled, remote post-discovery conference on October 15, 2021, at 3:00 p.m. The parties are FURTHER ORDERED to submit a joint letter in accordance with Dkt. No. 33 seven days before the conference.

    SO ORDERED.

Dated: September 17, 2021
       New York, New York

_____
ALISON J. NATHAN
United States District Judge