USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _7/14/2022_

# CSM Legal, P.C.

Employment and Litigation Attorneys

60 E 42nd Street, Suite 4510
New York, New York 10165

Facsimile: (212) 317-1620

July 13, 2022

**VIA EC**
Honorable Analisa Torres
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    Jeronimo Tolentino v. Thai Smile Restaurant Corp., et al
            Docket No.: 20-cv-08812 (AT)

Your Honor:

    Our office represents Plaintiffs in the above-referenced matter. I write, jointly with defense counsel, to respectfully request the Court for an extension of time to submit the parties' Settlement Agreement ("Agreement") for Court approval, from the current deadline of today, July 13, 2022, to July 20, 2022. This is the first request of its kind. The reason for the within request is to enable the parties to have additional time to finalize their submission to the Court. The parties apologize to the Court for submitting the within request beyond the Court's deadline to do so.

    The parties thank the Court for its time and consideration of this matter.

Respectfully Submitted,

/s/ *William K. Oates*
William K. Oates

GRANTED.

SO ORDERED.

Dated: July 14, 2022
      New York, New York

ANALISA TORRES
United States District Judge